NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

BRIAN A. VOGEL (SBN 167413)
EMAIL: brian@bvogel.com
THE LAW OFFICES OF BRIAN A. VOGEL, PC
770 County Square Dr., Ste. 104
Ventura, CA 93003
Phone: (805) 654-0400
Fax: (805) 654-0326

ATTORNEYS FOR: C.R., A Minor

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.R. [NAME REDACTED], a minor, by and through his Guardian as Litem and Mother, GWENDALYN REID, an individual,<br><br>Plaintiff(s)<br><br>v.<br><br>THE COUNTY OF VENTURA, THE VENTURA COUNTY SHERIFF'S OFFICE, (FORMER) VENTURA COUNTY SHERIFF BOB BROOKS, an individual, DEPUTY J. McGRATH, and DOES 1-10, inclusive,<br><br>Defendant(s). | CASE NUMBER<br><br>CV 11-07911-PA(PJW)<br><br><br>**[PROPOSED] ORDER TO DEPOSIT MONEY INTO BLOCKED ACCOUNT** |

1. The petition of (name): Gwendalyn Reid
   as (specify capacity): Mother of Claimant, C.R., A Minor    to deposit funds in a blocked account or blocked accounts came on for hearing on (date): April 16, 2012       at (time): 1:30 p.m.
   in Dept: Courtroom 15

THE COURT ORDERS

2. Money that belongs to (name): C.R.
   Shall be deposited in an interest-bearing, federally insured blocked account or accounts.

3. Each account shall indicate the name of the minor or other person who owns the account.

4. The total amount authorized for deposit, including any accrued interest, is: $6,376.07

5. Withdrawals (check a or b):

   a. ☐    No withdrawals of principal or interest shall be made from the blocked account or accounts without a written order under this case name and number, signed by a Judge, and bearing the seal of this court. The money on deposit is not subject to escheat.

Text of Form Adopted for Mandatory Use
Judicial Council of California
MC-355 [Rev. January 1, 2007]

ORDER TO DEPOSIT MONEY INTO BLOCKED ACCOUNT

Code of Civil Procedure § 372;
Probate Code §3600, et seq.;

b.  ☒  The blocked account or accounts belong to a minor.  The minor was born on (date): 10/08/1995
No withdrawals of principal or interest shall be made from the blocked account or accounts without a written order under this case name and number, signed by a judge, and bearing the seal of this court, until the minor attains the age of 18 years.  When the minor attains the age of 18 years, the depository, without further order of this Court, is authorized and directed to pay by check or draft directly to the former minor, upon proper demand, all moneys including interest deposited under this order.  The money on deposit is not subject to escheat.

6.  The petitioner and the petitioner's attorney, if any, shall deliver a copy of this order to each depository in which funds are deposited under this order.  The depository's acknowledgment of receipt of the order and the funds shall be filed with this court within 15 days of deposit.

Date: _____

_____
Hon. Percy Anderson
United State District Court
Central District of California

Text of Form Adopted for Mandatory Use
Judicial Council of California
MC-355 [Rev. January 1, 2007]

ORDER TO DEPOSIT MONEY INTO BLOCKED ACCOUNT

Code of Civil Procedure § 372;
Probate Code §3600, et seq.;
California Rules of Court, rules 3, 1384, 7,953