# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-7911 PA (PJWx) | Date | April 13, 2012 |
|---|---|---|---|
| Title | C.R., et al. v. County of Ventura, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | None | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**          IN CHAMBERS

  At the request of counsel, plaintiffs' Motion for Approval of Minor's Compromise (Docket No. 16) is withdrawn.  The hearing calendared for April 16, 2012 is vacated, and the matter taken off calendar.  The Court continues the Scheduling Conference, currently on calendar for April 16, 2012, to May 7, 2012, at 10:30 a.m.  The parties shall file their Federal Rule of Civil Procedure 26(f) joint report no later than April 30, 2012.

  IT IS SO ORDERED.