1  BRIAN A. VOGEL, SBN 167493
   brian@bvogel.com
2  THE LAW OFFICES OF BRIAN A. VOGEL, PC
   770 County Square Dr., Ste. 104
3  Ventura, CA 93003
   Telephone: (805) 654-0400
4  Facsimile: (805) 654-0326

5  DAVID S. McLANE, SBN 124952
   dmclane@kmbllp.com
6  KAYE, McLANE & BEDNARSKI, LLP
   234 East Colorado Boulevard, Suite 230
7  Pasadena, California 91101
   Telephone: (626) 844-7660
8  Facsimile: (626) 844-7670

9
   Attorneys for Plaintiff C.R., a Minor,
10 by and through his G.A.L. and Mother,
   Gwendalyn Reid, and Gwendalyn Reid,
11 an individual

                  UNITED STATES DISTRICT COURT

                  CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.R. [name redacted], A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM AND MOTHER, GWENDALYN REID, and GWENDALYN REID, an individual,<br><br>Plaintiffs,<br>vs.<br><br>THE COUNTY OF VENTURA, THE VENTURA COUNTY SHERIFF'S OFFICE, (FORMER) VENTURA COUNTY SHERIFF BOB BROOKS, an individual, DEPUTY J. MCGRATH, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 11-07911-PA(PJW)<br><br>**REQUEST FOR ORDER SHORTENING TIME FOR HEARING ON APPROVAL OF COMPROMISE OF MINOR'S CLAIM**<br><br>**[PROPOSED ORDER FILED CONCURRENTLY HEREWITH]**<br><br>Date Requested: May 7, 2012<br>Time: 1:30 p.m<br>Courtroom 15, Spring Street Level, United States Courthouse, 312 N. Spring Street, Los Angeles, CA 90012 |

**THIS JOINT STIPULATION IS ENTERED INTO** by and between Plaintiffs C.R., a minor, by and through his guardian ad litem and mother, GWENDOLYN REID

1 and GWENDOLYN REID, an individual, and Defendants THE COUNTY OF
2 VENTURA, THE VENTURA COUNTY SHERIFF'S OFFICE, (FORMER)
3 VENTURA COUNTY SHERIFF BOB BROOKS, an individual, and DEPUTY J.
4 MCGRATH, an individual (collectively, the "parties"), by and through their
5 attorneys of record:

6     **WHEREAS**, the parties are cognizant of Local Rule 6-1 which requires that
7 the "notice of motion shall be filed with the Clerk no later than twenty-eight (28)
8 days before the date set for hearing;"

9     **WHEREAS**, Local Rule 6-1 also allows the Court to "order a shorter time;"

10     **WHEREAS**, the parties have a previously scheduled Scheduling Conference
11 in the same matter on May 7, 2012;

12     **WHEREAS**, the Petition for Approval of Compromise of a Minor's Claim is
13 a relatively straightforward matter and neither party objects to setting the case early
14 with an eye towards an expeditious resolution;

15     **WHEREAS**, the parties agree that the Amended Petition for Approval of
16 Compromise of a Minor's Claim is a matter suitable for decision without the need
17 for oral argument pursuant to Local Rule 7-15;

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1     **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the
2 parties that time be shortened and the Amended Petition for Approval of Compromise of a
3 Minor's Claim be heard on May 7, 2012, at the same time as the Scheduling Conference.
4 IT IS SO STIPULATED.

5 Dated: April 18, 2012      LAW OFFICES OF BRIAN A. VOGEL, PC

7      By: /s/
       BRIAN A. VOGEL
8        Attorney for Plaintiffs

9 Dated: April 18, 2012      KAYE, McLANE & BEDNARSKI, LLP

11      By: /s/
       DAVID S. MCLANE,
12        Attorney for Plaintiff GWENDOLYN REID

13 Dated: April 18, 2012      WISOTSKY, PROCTOR & SHYER

15      By: /s/
       JEFF HELD
16        Attorney for Defendants