Alan E. Wisotsky (SBN 68051)
Jeffrey Held (SBN 106991)
WISOTSKY, PROCTER & SHYER
300 Esplanade Drive, Suite 1500
Oxnard, California  93036
Tel:    (805) 278-0920
Fax:   (805) 278-0289
E-mail:  jheld@wps-law.net

Attorneys for Defendants COUNTY OF VENTURA, VENTURA COUNTY SHERIFF'S OFFICE, (FORMER) VENTURA COUNTY SHERIFF BOB BROOKS, and SENIOR DEPUTY JOHN McGRATH [*erroneously sued as Deputy J. McGrath*]

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.R. [name redacted], a minor, by and through his Guardian ad Litem and Mother, GWENDALYN REID, and GWENDALYN REID, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE COUNTY OF VENTURA, THE VENTURA COUNTY SHERIFF'S OFFICE, (FORMER) VENTURA COUNTY SHERIFF BOB BROOKS, an individual, DEPUTY J. McGRATH, an individual, and DOES 1-10, inclusive,<br><br>    Defendants. | No. CV11-7911 PA (PJWx)<br><br>**ORDER OF PREJUDICIAL DISMISSAL OF ENTIRE ACTION**<br><br>NOTE: CHANGES MADE BY THE COURT |

Having read the concurrently submitted stipulation by the parties for an order of prejudicial dismissal of the entire action, and good cause appearing therefor, the Honorable Percy Anderson, United States District Judge for the Central District of California, does hereby order as follows:

1

1.     All defendants, including all fictitious defendants, are hereby dismissed with prejudice to any refiling of this action in this or any other federal or state court. This prohibition is irrevocable and applies regardless of the causes of action selected and the allegations made, as long as the allegations substantially relate to the events which are or could have been described in the complaint giving rise to the current litigation.

2.     The consideration for this prejudicial dismissal of the named and fictitious defendants is stated in a separate settlement agreement between the parties.

3.     The plaintiffs, both collectively and individually, fully and permanently waive any and all past, present, and future: special (also known as economic) damages; general (also known as non-economic) damages; punitive and exemplary damages; equitable and declaratory relief; the fees of attorneys, whether of record or not; discovery rights; and ordinary and expert costs, whether incurred or paid.

4.     As a result of the prejudicial dismissal of all aspects of the litigation in this or any other federal or state court, regarding all named and fictitious defendants, the Court orders that all pending and future litigation events and deadlines, including the 16(b) conference, any pretrial conference, and trial, are now vacated as unnecessary.

5.     ~~The Court does, however, retain jurisdiction over the subject matter of this litigation in the event that any dispute concerning the meaning or enforcement of the settlement agreement should arise between the parties.~~

**IT IS SO ORDERED.**

Dated: May 2, 2012

_____
PERCY ANDERSON
United States District Judge

WISOTSKY, PROCTER & SHYER
ATTORNEYS AT LAW
300 ESPLANADE DRIVE, SUITE 1500
OXNARD, CALIFORNIA 93036
TELEPHONE (805) 278-0920